UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARELIOUS REED,

        Plaintiff,

v.

ARBOR PROFESSIONAL SOLUTIONS,

        Defendant.
_____/

CIVIL ACTION NO. 17-10993

DISTRICT JUDGE LINDA V. PARKER

MAGISTRATE JUDGE R. STEVEN WHALEN

**ORDER**

Plaintiff Arelious Reed filed a *pro se* complaint under the Fair Debt Collection Practices Act. Before the Court is his motion to compel discovery [Doc. #19], in which he alleges that Defendant Arbor Professional Solutions failed to respond to his interrogatories, document requests, and requests to admit.[1]

In response, Defendant's counsel, on whom Plaintiff claims the discovery requests were served, states that "such requests were not served on defense counsel," and "were not received until Plaintiff's motion and attachments were electronically filed with the Court." [Response, Doc. #26]. In addition, counsel affirmatively states that "Defendant has now prepared and served responses to those requests that were attached to the

---

[1] Plaintiff has attached his document requests and request to admit to his motion, but has not attached his interrogatories.

-1-

motion." *Id*.

Because Defendant has responded to the Plaintiff's document requests and requests to admit, the motion to compel production of responses to these requests [Doc. #19] is DENIED AS MOOT.

In addition, because the discovery requests appear to have not been properly served, or at least have not been received by Defendant or defense counsel, the motion to compel interrogatory responses is DENIED WITHOUT PREJUDICE to Plaintiff properly serving interrogatories on Defendant's counsel within 14 days of the date of this Order. The discovery cut-off date is extended *only* for the purpose of Plaintiff serving and Defendant responding to Plaintiff' interrogatories.

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: November 26, 2017

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 26, 2017, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen